IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 4:18CR32 |
| MACIE YOUMANS, | ) ) ) | |
| Defendant. | ) | |

## MINUTE ORDER

The above cause having come before the Court on the 11th day of April, 2018, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's Motions to Suppress (docs. 24, 25) are TAKEN UNDER ADVISEMENT.

All other pretrial motions are MOOT.

**SO ORDERED** this 11th day of April, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA