FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 OCT 25 AM 9:30

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    CR418-032
    )
MACIE YOUMANS    )

### ORDER

Defendant Macie Youmans requests that the Court consider whether pretrial release is appropriate, given counsel's "information and belief that the . . . state charges [mooting the issue of pretrial release] have been disposed of and all such 'holds' resolved." Doc. 42 at 1. The Government, as well as the United States Probation Office, respond that the state charges, and their associated "holds," remain in place. *See* doc. 47. Accordingly, the question of pretrial release is moot and a hearing is unnecessary. Youmans' request is, therefore, **DENIED**. Doc. 42.

**SO ORDERED**, this _25th_ day of October, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA